UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KRISTOPHER KLAY,

    Plaintiff,

  v.

SANTA CRUZ COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

Case No. 14-cv-00326-BLF

**CASE MANAGEMENT ORDER**

On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 01/15/2015 at 1:30 pm<br>Case Management Statement due 01/08/2015 |
| Last Day to Amend Pleadings or Add Parties | 09/01/2014 |
| Last Day to Disclose Experts | 03/23/2015 |
| Fact Discovery Cut-Off | 02/02/2015 |
| Expert Discovery Cut-Off | 04/24/2015 |
| Last Day to Hear Dispositive Motions | 05/07/2015 at 9:00 am |
| Final Pretrial Conference | 07/30/2015 at 2:30 pm. |
| Trial | 08/10/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to complete ADR by 12/12/2014.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge