CITY ATTORNEY'S OFFICE FOR
THE CITY OF SOUTH LAKE TAHOE
Thomas T. Watson, City Attorney  (SBN 144457)
Nira Doherty, Assistant City Attorney  (SBN 254523)
1901 Airport Road, Suite 300
South Lake Tahoe, CA 96150
(530) 542-6046; Fax (530) 542-6173
ndoherty@cityofslt.us

Attorneys for Defendant
CITY OF SOUTH LAKE TAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER KLAY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SANTA CRUZ COUNTY SHERIFF'S OFFICE; WATSONVILLE POLICE DEPARTMENT; STEFAN FISH and CITY OF SOUTH LAKE TAHOE,<br><br>　　　　　　Defendants. | Case No.: 5:14-CV-00326 BLF<br><br>[PROPOSED] ORDER REGARDING DEFENDANT CITY OF SOUTH LAKE TAHOE'S ADMINISTRATIVE MOTION REQUESTING A NEW CASE MANAGEMENT CONFERENCE<br><br>Judge:　　　Beth Labson Freeman |

ORDER

Having read and considered the Defendant, CITY OF SOUTH LAKE TAHOE's Administrative Motion Requesting a new Case Management Conference, and for good cause shown as set forth in the moving papers, including Defendant City of South Lake Tahoe's Administrative Motion, Stipulation in support thereof and Declaration of Nira Doherty in support thereof, Defendant, City of South Lake

1

PROPOSED ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 5:14-CV-00326

1  Tahoe's Administrative Motion IS HEREBY granted and a Case Management Conference shall be
2  scheduled on _____, 2014 at _____ ~~a.m./~~p.m. A joint Case
3  Management Conference shall be filed no less than seven (7) days prior to this hearing date.
4
5
6  SO ORDERED.
7
8  DATED: _____                    /s/ Beth Labson Freeman
9                                           Hon. Beth Labson Freeman
                                             Judge of the Northern District
10                                            Of California of the United
                                             States District Court
11

## CERTIFICATE OF SERVICE

I am employed in the county of El Dorado, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Airport Road, Suite 300, South Lake Tahoe, California 96150.

On the date indicated below, I served the foregoing documents described as:

**[PROPOSED] ORDER FOR ADMINISTRATIVE MOTION REQUESTING AN ORDER SCHEDULING A NEW CASE MANAGEMENT CONFERENCE**

on attorneys for all parties in this action by mailing a true copy thereof to the following persons and address:

Elisa J. Stewart
STEWART & MUSELL, LLP
351 California Street, Suite 700
San Francisco, CA  94104
estewart@stewartandmussell.com

Matthew J. Aulenta
Grunsky, Ebey, Farrar & Howell
240 Westgate Drive
Watsonville, CA  95076
maulenta@grunskylaw.com

Jason Heath, Asst County Counsel
701 Ocean St, Room 505
Santa Cruz, CA 95060
jason.heath@santacruzcounty.us

|   |   |
|---|---|
|   | **VIA U.S. MAIL**  I caused such envelope with postage thereon fully prepaid to be placed in the United states mail at South Lake Tahoe, California.  I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in a designated area to be deposited in a U.S. Mail Box in South Lake Tahoe, California, in the ordinary course of business. |
| X | **VIA ELECTRONIC MAIL**  The document was transmitted in PDF format to each of the e-mail addresses as indicated on the service list. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of October 2014, at South Lake Tahoe, California.

*/s/ Sharon L. Warkentin*
Sharon L. Warkentin
Legal Assistant

PROPOSED ORDER

Case No.  5:14-CV-00326