UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER KLAY,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA CRUZ COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No.  14-cv-00326-BLF<br><br>**ORDER VACATING MOTION HEARINGS AND SUBMITTING PENDING MOTIONS WITHOUT ORAL ARGUMENT; GRANTING MOTION FOR LEAVE TO AMEND THE COMPLAINT; AND DENYING AS MOOT MOTION TO DISMISS** |

    Before the Court are (1) a motion to dismiss the operative first amended complaint ("FAC") filed by Defendant City of South Lake Tahoe ("City") and set for hearing on February 19, 2015; and (2) a motion for leave to file a second amended complaint ("SAC") filed by Plaintiff Kristopher Klay and set for hearing on April 2, 2015.

    Plaintiff's proposed SAC attempts to cure the deficiencies raised in City's motion to dismiss the FAC and also adds new claims. City nonetheless urges the Court to proceed with hearing its motion to dismiss on February 19 without consideration of Plaintiff's proposed amendments. City contends that if the Court were to permit the proposed amendment, City would be prejudiced in that the case would be delayed and discovery that is under way would have to be modified. City also contends that in any event the proposed amendments are futile and that Plaintiff's addition of new claims contravenes the Court's verbal directions given at the last CMC.

    The proposed amendments are not obviously futile. Nor does Plaintiff's motion for leave to add new claims contravene this Court's directions. While the Court did comment at the CMC that Plaintiff would not be permitted to add new claims if the FAC were dismissed with leave to amend, the Court indicated that Plaintiff could file a motion for leave to amend to add new claims,

1  which is precisely what Plaintiff has done.  The Court is sensitive to City's concerns regarding

2  delay of the case.  Having considered the matter carefully, the Court concludes that for reasons of

3  judicial economy and to avoid delay, the most sensible course is to vacate the hearings on the

4  pending motions, grant Plaintiff's motion for leave to file a SAC, and deny as moot City's motion

5  to dismiss the FAC.  Moreover, the Court will give City the option of noticing a new motion to

6  dismiss the SAC for April 2, 2015 – the date previously reserved for Plaintiff's motion for leave to

7  amend – so long as City files its motion on or before March 5, 2015.  Deadlines for opposition and

8  reply are fourteen and seven days, respectively, consistent with Civil Local Rule 7-3.

9  Accordingly, IT IS HEREBY ORDERED that:

10  (1) City's motion to dismiss and Plaintiff's motion for leave to amend are SUBMITTED without oral argument and the hearings on those motions are VACATED;

13  (2) Plaintiff's motion for leave to amend is GRANTED; Plaintiff shall file his SAC on or before February 11, 2015;

15  (3) City's motion to dismiss the FAC is DENIED AS MOOT; and

16  (4) City may notice a motion to dismiss the SAC for April 2, 2015 so long as the motion is filed on or before March 5, 2015.

19  Dated:  February 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge