UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER KLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CRUZ COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No.  14-cv-00326-BLF<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS FROM APRIL 2, 2015 TO MAY 7, 2015** |

Defendant City of South Lake Tahoe has filed two motions in this case: (1) a motion to dismiss that is set for hearing on April 2, 2015 and (2) a motion to transfer venue or, in the alternative, to continue trial that is set for hearing on May 7, 2015.  Having determined that judicial efficiency best will be served by having the motions heard together, the Court hereby CONTINUES the hearing on the motion to dismiss from April 2, 2015 to May 7, 2015.

As it was preparing to issue the present order, the Court was informed that Plaintiff has just filed a notice of unavailability of counsel for the dates April 8, 2015 to May 8, 2015.  *See* Notice of Unavailability of Counsel filed March 30, 2015, ECF 73.  The Court observes that the May 7, 2015 hearing date was set prior to the filing of the Notice of Unavailability of Counsel, and that Plaintiff has not sought relief from that hearing date.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge