**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KRISTOPHER KLAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SOUTH LAKE TAHOE,<br><br>　　　　　Defendant. | Case No.  14-cv-00326-BLF<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>[RE:  ECF 98, 99] |

The parties have filed stipulated requests for modification of the case schedule, *see* ECF 98, 99, including continuance of pending hearing dates, related deadlines, and trial.  The parties' stipulated requests are GRANTED as modified:

(1) The hearing on Defendant City of South Lake Tahoe's motion to dismiss and motion to change venue, currently set for May 7, 2015, is CONTINUED to June 18, 2015 at 9:00 a.m.

(2) The hearing on Defendant City of South Lake Tahoe's motion for summary judgment, currently set for May 7, is VACATED.  The hearing and a briefing schedule will be re-set by the Court, if appropriate, following disposition of the pending motion to dismiss and motion to transfer.

(3) The fact discovery cut-off, expert discovery cut-off, and deadline to complete ADR are EXTENDED to July 10, 2015.

(4) The final pretrial conference is CONTINUED to June 2, 2016.

(5) Trial is CONTINUED to June 27, 2016.

**IT IS SO ORDERED.**

Dated:  April 27, 2015

_____
BETH LABSON FREEMAN
United States District Judge